UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN CARLO FREE,

    Petitioner,

v.

JAMES KEY,

    Respondent.

C19-1551 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Petitioner John Carlo Free's unopposed motion for an extension, docket no. 37, is GRANTED. Petitioner, who is pro se, shall file his objections to the Honorable Mary Alice Theiler's Report and Recommendation, docket no. 36, on or before **August 20, 2021**;

(2)    The Report and Recommendation, docket no. 36, is hereby RENOTED to August 20, 2021; and

(3)    The Clerk is directed to send a copy of this Minute Order to Petitioner, to all counsel of record, and to Judge Theiler.

Dated this 24th day of May, 2021.

        William M. McCool
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 1