UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN CARLO FREE,

           Petitioner,

  v.

JAMES KEY,

           Respondent.

C19-1551 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pro se petitioner's motion for an extension, docket no. 39, is GRANTED. Petitioner shall file his objections to the Report and Recommendation ("R&R"), docket no. 36, on or before **October 22, 2021**. The Court shall rule on the R&R's recommendation to dismiss Petitioner's habeas petition with prejudice once it is ripe for review—regardless of whether Petitioner files his objections to the R&R on or before October 22, 2021. The Court shall not consider any further requests for extensions; and

(2)    The Clerk is directed to RENOTE the R&R to October 22, 2021, and to send a copy of this Minute Order to Petitioner and all counsel of record.

Dated this 23rd day of August, 2021.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1